CONCETTA W. CIUFO, Respondent, v. FRANK W. CIUFO, Appellant.— 

All concur. (Appeal from part of a resettled order allowing plaintiff counsel fees in a separation action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 280 App. Div. 881.]